1004

[No. 32702-7-III. Division Three. November 3, 2015.]

CRAIG S. CULBERTSON, *Appellant*, v. WELLS FARGO INSURANCE SERVICES USA, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-2-01009-0, Michael P. Price, J., entered August 21, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Fearing, J.

[No. 32715-9-III. Division Three. November 3, 2015.]

*In the Matter of the Parental Rights to* M.P.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated December 8, 2015. Substitute opinion filed. See 191 Wn. App. 1040.

[No. 32783-3-III. Division Three. November 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES R. SOKOLIK II, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-1-01813-5, Linda G. Tompkins, J., entered August 19, 2014. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Fearing, JJ.

[No. 32881-3-III. Division Three. November 3, 2015.]

SARAH'S CARE ADULT FAMILY HOME ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-2-00037-0, Harold D. Clarke III, J., entered September 23, 2014. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Brown, A.C.J., and Korsmo, J.